**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6862**

PRINCE NICHOLAS JERVIS,

        Plaintiff - Appellant,

    v.

CAPTAIN DESALINE PERRY,

        Defendant - Appellant,

    and

LIEUTENANT L. RICHARDSON, Shift LT; C. HARPER, Sgt., Shift Assistant
Supervisor; J. BROUSSARD, Cpl., Field Training Officer; A. ASKEW,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Claude M. Hilton, Senior District Judge.  (1:17-cv-00425-CMH-IDD)

Submitted:  January 29, 2019                Decided:  February 14, 2019

Before FLOYD and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Prince Nicholas Jervis, Appellant Pro Se. Charles Walker Terry, MCCANDLISH HOLTON, PC, Richmond, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Prince Nicholas Jervis appeals the district court's order granting Desaline Perry's motion for summary judgment on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jervis v. Perry*, No. 1:17-cv-00425-CMH-IDD (E.D. Va. July 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*